# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2412
_____

GERNARD D. CHESTNUT,

Appellant,

v.

DEPARTMENT OF CORRECTIONS
CAPTAIN RABEN, SGT. E.
MANNERS, and OFFICER G.
GONZALES,

Appellees.

_____

On appeal from the County Court for Leon County.
Stefanie M. Newlin, Judge.

November 15, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Gernard D. Chestnut, pro se, Appellant.

Ashley Moody, Attorney General, and Mykhaylo Vsevolodskyy, Assistant Attorney General, Tallahassee, for Appellees.